UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank National Trust Company, as Trustee
for Morgan Stanley ABS Capital I Inc. Trust
2006-NC4

In Re:

Jeffrey A. Saurman,

Debtor.

Case No.:    19-32240-ABA

Adv. Pro. No.: _____

Chapter:    7

Hearing Date:    1/28/2020

Judge:    Altenburg

**ADJOURNMENT REQUEST**

1.    I, _____Denise Carlon, Esq._____,

☒    am the attorney for: _____Secured Creditor/Moving Party_____,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Motion for Relief from Stay re: 103 East Maiden Lane, Somerdale, NJ 08083

Current hearing date and time: January 28, 2020 @ 10:00 a.m.

New date requested: February 11, 2020

Reason for adjournment request: The Debtor's 341 hearing is scheduled for January 31,

2020.  The adjournment is needed so the trustee can conduct the hearing.

2.    Consent to adjournment:

☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):
I have the trustee's consent; no other party has appeared on the motion.

I certify under penalty of perjury that the foregoing is true.

Date: 1/9/2020                                          /s/ Denise Carlon
                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted              New hearing date: __2/11/20 at 10 am__        ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____        ☐  Peremptory

☐  Denied

> **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2